# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151414

TAMARA WOODRING,
      Plaintiff-Appellee,

v

PHOENIX INSURANCE COMPANY,
      Defendant-Appellant.

                                              /

SC: 151414
COA: 324128
Muskegon CC: 14-049544-NI

On order of the Court, the application for leave to appeal the March 3, 2015 order of the Court of Appeals is considered and, it appearing to this Court that the case of *Spectrum Health Hospitals v Westfield Ins Co* (Docket No. 151419) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2016



Clerk

a0919